```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KRIS STEGMANN, Derivatively on Behalf of
COVETRUS, INC.,
                                                         ORDER TO SHOW
                          Plaintiff,                     CAUSE

                                                         21-CV-1717 (GRB)

          -against-

BENJAMIN WOLIN, et al.,

                          Defendants.
----------------------------------------------------------------x
```

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

On March 30, 2021, plaintiff Kris Stegmann brought this shareholder derivative action, on behalf of nominal defendant Covetrus, Inc. ("Covetrus"), against certain of Covetrus' officers and directors. See Complaint (Mar. 30, 2021), Electronic Case Filing Docket Entry ("DE") #1. Since portions of the Complaint contain confidential and proprietary information obtained from Covetrus' books and records pursuant to a confidentiality agreement, plaintiff filed a motion, requesting that the entire Complaint be docketed under seal. See Motion to Seal (Apr. 15, 2021), DE #5. As a result, the entire docket in the case was placed under seal, pending determination of plaintiff's motion to seal the Complaint. In support of plaintiff's motion, nominal defendant Covetrus submitted a redacted version of the Complaint, clarifying that the parties "seek to narrowly redact only those parts of the Complaint that contain non-public and confidential information." Motion for Joinder in Plaintiff's Motion for Leave to File Complaint Under Seal (Apr. 15, 2021) at 1, DE #6.

Plaintiff and nominal defendant Covetrus must show cause by April 27, 2021, why

the docket and the parties' motion papers, including the declaration of James Seely, should not be unsealed. The Court reserves decision on the motion to seal the Complaint.

SO ORDERED.

Dated: Brooklyn, New York
April 22, 2021

/s/ *Roanne L. Mann*
ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE